UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

In Re: §
ALAN GARDNER § Case No. **18-42113**
JAMIE GARDNER § Chapter 13
Debtor(s) §

## MOTION TO MODIFY PLAN

COMES NOW, Linda B. Gore, Chapter 13 Trustee, and moves to modify the debtor's plan as **CLAIM #9** has been filed by *UNITED CONSUMER FINANCIAL SERVICES/BASS & ASSOCIATES. P.C.* for **$2,245.25** ($2,122.12 of which is a Secured claim to be paid in full with 5.25 interest.) The plan payment will *increase to $429.20 PER-WEEK* for the remainder of the plan to pay this claim, make-up any delinquency that may exist and to insure the case pays out on time. The plan base will be **$109,028.60**. Based on the plan payments and the new plan base, unsecured creditors will receive approximately **21%**.

WHEREFORE, the trustee prays that this modification will be GRANTED.

Date Prepared: MAR 2 5 2019

LINDA B. GORE, ESQUIRE
CHAPTER 13 STANDING TRUSTEE
P.O Box 1338
Gadsden, AL 35901
(256) 546-9262

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been duly served upon the debtor(s), the debtor(s) *Alan & Jamie Gardner, 5746 US Hwy 78 West, Oxford, AL 36203 via US Mail*, the debtor(s) attorney of record, *Leroy Cobb, Esq. via electronic mail at Cobblawfirm@gmail.com* and, *United Consumer Financial Services/Bass & Associates P.C., 3936 E. Ft. Lowell, Suite 200, Tucson, AZ 85712, via US Mail and Rita Torres attorney for creditor at info@bass-associates.com* on this date MAR 26, 2019.

LINDA B. GORE, ESQUIRE
CHAPTER 13 STANDING TRUSTEE